UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL MOREAUX AND STEPHEN SIMON | : | CIVIL ACTION NO. 2:11-CV-1506 |
| V. | : | JUDGE MINALDI |
| GLOBAL GEOPHYSICAL SERVICES, INC., ET AL. | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

In a separately issued Memorandum Order [doc. 13] this court denied plaintiffs' motion to remand and determined that plaintiffs have not stated a cause of action against the named defendant Michael Scott.

For the reasons stated in the Memorandum Order this court recommends that the plaintiffs' claims against Michael Scott be DISMISSED.

Under the provisions of 28 U.S.C. Section 636 and Rule 72, parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen days after being served with a copy of any objections or response to the District judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions

1

accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE this 7th day of March, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE